

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/11/08

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PATRICK ANTHONY TRIUMPH** | : | DOCKET NO. 2:07-cv-2117<br>Section P |
| VS. | : | JUDGE MELANCON |
| **MICHAEL B. MUKASEY** | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this *habeas corpus* petition be **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of March, 2008.

Tucker L. Mélançon
United States District Judge